IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>$179,285.00 IN UNITED STATES CURRENCY,<br><br>          Defendant. | **8:17CV59**<br><br>**ORDER** |

IT IS ORDERED,

1)  Defendant's motion to stay this case pending the outcome of the parallel criminal case, (Filing No. 3), is granted.

2)  Within ten (10) days after either the dismissal or sentencing in United States of America v. Sara Elaine Bailey, Case No. 8:17CR61, the parties shall contact the undersigned magistrate judge's chambers to set a case progression conference.

3)  The clerk shall set a case progression deadline of August 1, 2017 using the following text: Check on status of parallel criminal case.

Dated this 30th day of March, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge